ALEXANDER G. CALDER, Appellant, *v.* PERCY JENKINS, Respondent.

(Argued April 25, 1892; decided May 3, 1892.)

MOTION to dismiss an appeal from a judgment of the General Term of the City Court of Brooklyn on the ground that the amount involved was less than $500.

*Jesse Johnson* for motion.

*S. M. Meeker* opposed.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed. _____

THE PEOPLE ex rel. EBENEZER G. BLAKSLEE, Appellant, *v.* THE COMMISSIONERS OF THE LAND OFFICE, Respondent.

(Argued April 25, 1892; decided May 3, 1892.)

MOTION to dismiss an appeal from an order of the General Term of the Supreme Court in the second judicial department affirming the proceedings of the commissioners of the land office granting certain lands under water.

*S. W. Rosendale, Attorney-General* and *Taylor & Parker* for motion.

*Francis Larkin* opposed.

Agree to grant motion unless an undertaking as required by section 1326 of the Code of Civil Procedure be given within twenty days; no opinion.

All concur.

Ordered accordingly.